IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00109-RPM

MICHAEL VALDEZ,

    Plaintiff,

v.

PETER DERRICK III, Denver Police Officer, in his individual and in his official capacities;
JOHN MCDONALD, Denver Police Officer, in his individual and in his official capacities;
ROBERT MOTYKA, JR., Denver Police Officer, in his individual and in his official capacities;
JEFF MOTZ, Denver Police Officer, in his individual and in his official capacities;
KARL ROLLER, Denver Police Officer, in his individual and in his official capacities; and
CITY OF DENVER,

    Defendants.

_____

ORDER DENYING DEFENDANTS' PARTIAL MOTION TO DISMISS AS MOOT
_____

Upon consideration of the Defendants' Partial Motion to Dismiss [Doc. 8], plaintiff's response [Doc. 9] and plaintiff's Notice of Filing of Amended Complaint [Doc. 10], it is

ORDERED that Defendants' Partial Motion to Dismiss is denied as moot. It is

FURTHER ORDERED that plaintiff shall file a "clean" Amended Complaint on or before July 27, 2015.

DATED: July 21st, 2015

                                                             BY THE COURT:

                                                              s/Richard P. Matsch

                                                              _____

                                                              Richard P. Matsch, Senior District Judge