IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00109-RPM

MICHAEL VALDEZ,

      Plaintiff,

v.

PETER DERRICK III, Denver Police Officer, in his individual capacity;
JOHN MCDONALD, Denver Police Officer, in his individual capacity;
ROBERT MOTYKA, JR., Denver Police Officer, in his individual capacity;
JEFF MOTZ, Denver Police Officer, in his individual capacity;
KARL ROLLER, Denver Police Officer, in his individual capacity; and
CITY AND COUNTY OF DENVER,

      Defendants.

---

## ORDER DISMISSING ALL CLAIMS REGARDING INDIVIDUAL DEFENDANTS MOTZ, ROLLER AND DERRICK WITH PREJUDICE AND DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MOTZ, ROLLER, AND DERRICK AS MOOT

---

On May 31, 2018, plaintiff Michael Valdez filed a "Motion to Dismiss All Claims Regarding Defendants Motz, Roller and Motyka With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2)" [Doc. 81]. The plaintiff filed a corrected version of the motion to dismiss on July 3, 2018 [Doc. 90], correcting typographical errors and clarifying that the motion sought dismissal of all claims against defendants Motz, Roller, and <u>Derrick</u>, and not defendant Motyka.

The motion to dismiss explained that after discovery, including the depositions of defendants Motz, Roller, and Derrick in February and March 2018, "the likelihood of success at trial against the three is low…." On the same day that the plaintiff's original motion to dismiss was filed, defendants Motz, Roller, and Derrick also filed a motion for summary judgment [Doc. 83], which the Court

1

ordered stayed in abeyance pending resolution of the motion to dismiss. [Doc. 94.] They also filed a response to the motion to dismiss them asserting that the dismissal should be on terms granting them costs and attorney fees pursuant to Fed. R. Civ. P. 54, Fed. R. Civ. P. 41(a)(2), 28 U.S.C. § 1927, and 42 U.S.C. § 1988. [Doc. 88.]

The plaintiff filed a reply in support of the motion to dismiss on July 5, 2018. [Doc. 91.] After review of these pleadings with attachments the reply provides the reasons supporting the inclusion of these defendants in this civil action. From earlier motion hearings this Court is aware of the chaotic scene, including that all of the officers fired shots in the general direction of the crashed truck, and it was not until a motion hearing on May 17, 2018, that defendants' counsel admitted that defendants Motyka and MacDonald were the only two officers whose shots could have impacted Valdez. It had previously been asserted that there was no way to tell whose bullets struck the plaintiff.

As is typical of cases of this type, counsel for the plaintiff could not have access to all of the information necessary to an understanding of the conduct of each of the defendants until discovery. Counsel for the plaintiff have not conceded that there was no basis for proceeding to trial against these defendants. The motion to dismiss them now is a decision based on trial strategy.

There is no basis for awarding these defendants costs or fees under any of the rules and statutes cited. Accordingly, it is

ORDERED that the plaintiff's motion to dismiss [Doc. 81], as corrected [Doc. 90], is GRANTED, and all claims against defendants Motz, Roller, and Derrick are dismissed with prejudice, without any award of costs and fees. It is

FURTHER ORDERED that the motion for summary judgment filed by defendants Motz, Roller, and Derrick [Doc. 83] is DENIED AS MOOT.

DATED: August 16, 2018.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge