IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 15-cv-0109-WJM-STV

MICHAEL VALDEZ,

    Plaintiff,

v.

ROBERT MOTYKA, Jr., Denver Police Officer, in his individual capacity, and
CITY AND COUNTY OF DENVER, a municipality,

    Defendants.

---

## VERDICT FORM

---

We, the jury, upon our oaths, find and state as follows:

### Part A: Liability

1. Has Plaintiff Michael Valdez proven, by a preponderance of the evidence, his Fourth Amendment Excessive Force claim against Defendant Robert Motyka?

    __X__ YES

    _____ NO

> If your answer to Question 1 is "Yes", go on to Question 2. If your answer to Question 1 is "No", skip the remaining Questions and go directly to the signature block at the end of this verdict form.

1

2. Has Plaintiff Michael Valdez proven, by a preponderance of the evidence, his Failure to Train claim against Defendant City and County of Denver?

    __X__ YES

    _____ NO

### Part B: Damages

*Answer the questions in this section only if you are returning a verdict in favor of Plaintiff on one or both of his claims. Answer the following questions only with regard to those Defendant(s) against whom you have found in favor of Plaintiff.*

3. What amount of damages do you award to Plaintiff Michael Valdez, if any, to reasonably and fairly compensate him for his claimed injures on those claims for which you found a verdict in favor of him and against either or both of the Defendants?

    Defendant Robert Motyka    $ 131,000

    Defendant City and County of Denver    $ 2,400,000

4. What amount of punitive damages, if any, do you award to Plaintiff Michael Valdez against Defendant Robert Motyka?

    $ 0

The Foreperson must sign and date this Verdict Form, and then give a note to the court security officer stating that you have reached a verdict, but do <u>not</u> give this Verdict Form to the court security officer.

<u>09/23/21</u>
DATE

<u>1:50 pm</u>
TIME

Juror signature redacted