**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-109-WJM-STV

MICHAEL VALDEZ,

      Plaintiff,

v.

ROBERT MOTYKA, JR., Denver Police Officer, in his individual capacity, and
CITY AND COUNTY OF DENVER, a municipality,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

THIS MATTER was tried from September 13, 2021, through September 23, 2021, before an empaneled jury of seven, United States District Judge William J. Martínez presiding. The case was submitted to the jury on September 23, 2021, on Plaintiff's claims of use of excessive force and failure to train.

The jury rendered a unanimous verdict.

Pursuant to and in accordance with the jury's verdict for the Plaintiff, it is therefore

ORDERED that judgment is entered in favor of Plaintiff, Michael Valdez, and against Defendants, Robert Motyka, Jr., Denver Police Officer, in his individual capacity, and City and County of Denver, a municipality. It is

FURTHER ORDERED that Defendant Robert Motyka, Jr., shall pay damages to Plaintiff, Michael Valdez, in the amount of $131,000. It is

FURTHER ORDERED that Defendant City and County of Denver shall pay damages to Plaintiff, Michael Valdez, in the amount of $2,400,000. It is

FURTHER ORDERED that, in accordance with and pursuant to the Order Granting in Part and Denying in Part Plaintiff's Motion for Prejudgment Interest (ECF No. 339), Plaintiff shall have prejudgment interest on his economic damages in the amount of $38,856.00. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.14% from the date of entry of judgment. It is

FURTHER ORDERED that costs shall be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED November 1, 2021, at Denver, Colorado.

APPROVED:

_____
United States District Judge

FOR THE COURT:
Jeffrey P. Colwell, Clerk


By:    s/L.Roberson_____
L. Roberson, Deputy Clerk