# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-109-WJM-STV

MICHAEL VALDEZ,

      Plaintiff,

v.

ROBERT MOTYKA, Jr., Denver Police Officer, in his individual capacity; and
CITY AND COUNTY OF DENVER, a municipality,

      Defendants.

___

## DEFENDANTS' NOTICE OF APPEAL
___

Notice is given that Defendants the City and County of Denver and Robert Motyka, Jr., through undersigned counsel, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Final Judgment [Doc. # 340], entered by Honorable United States District Judge William J. Martínez on November 1, 2021.

Dated this 15th day of November 2021.

      Respectfully submitted,

      By: *s/ Geoffrey C. Klingsporn*
      Wendy J. Shea
      Jennifer Johnson
      Geoffrey C. Klingsporn
      Assistant City Attorneys
      Denver City Attorney's Office
      Civil Litigation Section
      201 West Colfax Ave., Dept. 1108
      Denver, CO 80202
      Telephone: (720) 913-3100
      Facsimile: (720) 913-3155

Email: wendy.shea@denvergov.org
Email: jennifer.johnson2@denvergov.org
Email: geoffrey.klingsporn@denvergov.org
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2021, the foregoing **DEFENDANTS' NOTICE OF APPEAL** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey S. Pagliuca, Esq.
Haddon, Morgan and Foreman, P.C.
jpagliuca@hmflaw.com

Laura A. Menninger, Esq.
Haddon, Morgan and Foreman, P.C.
lmenninger@hmflaw.com

*Attorneys for Plaintiff*

*s/ Camelia Close*
Denver City Attorney's Office

2