**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 15-CV-109-WJM-STV

MICHAEL VALDEZ,

Plaintiff,

v.

ROBERT MOTYKA, Jr., Denver Police Officer in his individual capacity and CITY AND COUNTY OF DENVER, a municipality,

Defendants.

---

**THE PARTIES' JOINT MOTION FOR ENTRY OF AMENDED FINAL JUDGMENT AFTER APPEAL**

---

Plaintiff Michael Valdez, through counsel, and Defendants Robert Motyka, Jr., Denver Police Officer in his individual capacity, and City and County of Denver, a municipality, through counsel, jointly move this Court to enter the attached Proposed Amended Final Judgment.

Entry of the Proposed Amended Final Judgment, to which all parties agree, will resolve all outstanding issues pending before this Court and will bring this case to an end.

**Argument**

The jury found for Mr. Valdez and against Sergeant Motyka on Mr. Valdez's claim for excessive force and for Mr. Valdez and against the City & County of Denver on Mr. Valdez's claim for failure to train. (ECF No. 329). The jury awarded $131,000 in

damages against Sergeant Motyka and $2,400,000 in damages against Denver. *Id.* This Court then awarded prejudgment interest on Mr. Valdez's economic damages in the amount of $38,856.00. (ECF No. 339). This Court entered a Final Judgment in these amounts on November 1, 2021. (ECF No. 340). Sergeant Motyka did not appeal the judgment entered against him. Plaintiff previously received payment for the $131,000 award, $38,856.00 in pre-judgement interest, and post-judgment interest, which fact the parties are requesting to be recognized in the proposed final judgement.

In Case No. 21-1401 (10th Cir.), Denver appealed the judgment entered against it. (*See* ECF No. 347).

In Case No. 21-1415 (10th Cir.), Mr. Valdez appealed the earlier dismissal of his claims against Lieutenant John Macdonald. (*See* ECF No. 364).

On April 12, 2022, this Court awarded Mr. Valdez trial-level attorney fees in the amount of $1,132,327.40 and trial-level costs in the amount of $18,199.60. (ECF No. 385).

In Case No. 22-1152 (10th Cir.), Denver and Sergeant Motyka appealed the April 12, 2022 fee and costs award. (*See* ECF No. 388).

In a consolidated opinion issued on April 24, 2023, *Valdez v. Macdonald*, 66 F.4th 796 (10th Cir. 2023), the Tenth Circuit affirmed the judgment against Denver in Case No. 21-1401, affirmed the dismissal of Mr. Valdez's claims against Lieutenant Macdonald in Case No. 21-1415, and affirmed the attorney's fee award in Case No. 22-1152. (ECF No. 409-1). The Tenth Circuit reversed the costs portion of the April 12, 2022 award, and remanded for further proceedings. *Id.*

On May 18, 2023, the Tenth Circuit entered an order awarding Mr. Valdez attorney's fees incurred on appeal, and remanded to this Court for a determination of an appropriate appellate attorney's fee award. (ECF No. 412).

After appeal, there are two issues pending before this Court: (1) What trial-level costs to award Mr. Valdez; and (2) what appellate attorney's fees to award Mr. Valdez. (*See* ECF No. 413).

On June 1, 2023, this Court set a briefing schedule to resolve these two outstanding issues. *Id.*

The parties have engaged in extensive and productive discussions to resolve these two issues without the need for this Court's intervention. As a result of these discussions, the parties have stipulated to the following awards of (1) trial-level costs and (2) appellate-level attorney's fees:

Trial-Level Costs: $15,000.00

Appellate-Level Attorney's Fees: $168,052.63

The parties' stipulate these two awards are reasonable and appropriate under 42 U.S.C. § 1988(b) (authorizing courts to "allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs" in cases under the Civil Rights Act, 42 U.S.C. § 1983).

The attached Proposed Amended Final Judgment reflects these two awards as well as the awards this Court previously made, which were affirmed by the Tenth Circuit.

The parties jointly request that this Court enter the Proposed Amended Final

Judgment to reflect the jury's verdicts and award of damages and the awards of trial-level attorney's fees, trial-level costs, and appellate-level attorney's fees. Entry of the Proposed Amended Judgment will resolve all outstanding disputes in this case and bring the matter to a close.

Once the Amended Final Judgment is entered, Denver can make the final payments to Mr. Valdez, after which Mr. Valdez will file a satisfaction of Judgment.

## Conclusion

WHEREFORE, for the reasons set forth above, the parties jointly request that this Court enter the Proposed Amended Final Judgment.

Dated: June 13, 2023.

Respectfully submitted,

*s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca
Laura A. Menninger
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone:303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com;
JPagliuca@hmflaw.com

*Attorneys for Michael Valdez*


*s/ Katherine Field*
Katherine Field
Clayton Jeffrey Ankney
Assistant City Attorneys
Denver City Attorney's Office
201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202
Phone:720.913.3100
Email: kate.field@denvergov.org
clayton.ankney@denvergov.org

*Attorneys for Robert Motyka, Jr., Denver Police Officer in his individual capacity, and City and County of Denver, a municipality*

5

**Certificate of Service**

   I hereby certify that on June 13, 2023, I electronically filed *The Parties' Joint Motion for Entry of Amended Final Judgment after Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record. I also mailed a copy of *The Parties' Joint Motion for Entry of Amended Final Judgment after Appeal* to Plaintiff Michael Valdez via USPS Mail.

               *s/ Savanna Benninger*