IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 15-cv-109-WJM-STV

MICHAEL VALDEZ,

    Plaintiff,

v.

ROBERT MOTYKA, JR., Denver Police Officer, in his individual capacity, and
CITY AND COUNTY OF DENVER, a municipality,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, in accordance with the opinion and judgment of the United States Court of Appeals for the Tenth Circuit in this case, *Valdez v. Macdonald*, 66 F.4th 796 (10th Cir. 2023), and pursuant to Fed. R. Civ. P. 58(a), the following Amended Final Judgment is hereby entered.

IT IS ORDERED that judgment is entered in favor of Plaintiff, Michael Valdez, and against Defendants, Robert Motyka, Jr., Denver Police Officer, in his individual capacity, and City and County of Denver, a municipality.

It is FURTHER ORDERED that Defendant Robert Motyka, Jr., shall pay damages to Plaintiff, Michael Valdez, in the amount of $131,000, with post-judgment interest accruing at the rate of 0.14% from November 1, 2021.

1

It is FURTHER ORDERED that, in accordance with and pursuant to the Order Granting in Part and Denying in Part Plaintiff's Motion for Prejudgment Interest (ECF No. 339), Plaintiff shall have prejudgment interest on his economic damages in the amount of $38,856.00, with post-judgment interest accruing at the rate of 0.14% from November 1, 2021.[1]

It is FURTHER ORDERED that Defendant City and County of Denver shall pay damages to Plaintiff, Michael Valdez, in the amount of $2,400,000, with post-judgment interest accruing at the rate of 0.14% from November 1, 2021 to June 26, 2023, for a total amount of $2,405,545.14 .

It is FURTHER ORDERED that, in accordance with and pursuant to the Order Denying Defendants' Motion to Stay Attorney Fee Proceedings and Granting in Part and Denying in Part Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 385), Plaintiff is awarded trial-level attorney's fees as the prevailing party under 42 U.S.C. § 1988(b) in the amount of $1,132,327.40, with post-judgment interest accruing at the rate of 1.77% from April 12, 2022 to June 26, 2023, for a total amount of $1,156,560.59.

It is FURTHER ORDERED that, in accordance with and pursuant to the Parties' Joint Motion for Entry of an Amended Final Judgment after Appeal and Order Granting Same, Plaintiff is awarded costs in the amount of $15,000.00.

It is FURTHER ORDERED that, in accordance with and pursuant to the Parties' Joint Motion for Entry of an Amended Final Judgment after Appeal and Order Granting

---

[1] The portion of the judgment comprised of damages in the amount of $131,000, prejudgment interest in the amount of $38,856.00, and applicable post-judgment interest was previously satisfied by way of payment to Plaintiff in the amount of $169,958.94 on April 7, 2022.

Same, Plaintiff is awarded appellate attorney's fees as the prevailing party under 42 U.S.C. § 1988(b) in the amount of $168,052.63.

In total, Plaintiff is awarded the sum of $3,915,117.30, of which $169,958.94 has already been satisfied, leaving $3,745,158.36 to be paid.

This case will be closed.

Dated this 16th day of June, 2023.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/H.Guerra
      Deputy Clerk