IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-CV-109-WJM-STV

MICHAEL VALDEZ,

Plaintiff,

v.

ROBERT MOTYKA, Jr., Denver Police Officer in his individual capacity and CITY AND COUNTY OF DENVER, a municipality,

Defendants.

## SATISFACTION OF JUDGMENT

On June 16, 2023, this Court entered an Amended Final Judgment. (ECF No. 415).

As reflected in that Amended Final Judgment, Plaintiff Michael Valdez was awarded the sum of $3,915,117.30, of which $169,958.94 had already been satisfied, leaving $3,745,158.36 to be paid.

In consideration of Plaintiff's receipt of $3,745,158.36, paid via check dated July 6, 2023 (Check No. 50390175), issued by Defendant City and County of Denver, a Municipality, Plaintiff acknowledges satisfaction of the amount due under the Amended Final Judgment entered in this action.

I hereby authorize the Clerk of Court to enter on the record this acknowledgment of satisfaction of the Amended Final Judgment in this action.

Dated: July 28, 2023.

Respectfully submitted,

*s/ Laura A. Menninger*
Jeffrey S. Pagliuca
Laura A. Menninger
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com;
JPagliuca@hmflaw.com

*Attorneys for Michael Valdez*

## Certificate of Service

I hereby certify that on July 28, 2023, I electronically filed *Satisfaction of Judgment* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Holly Rogers*

2